UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case Number 11-50839

v.                                        Honorable David M. Lawson
                                         Magistrate Judge Elizabeth A. Stafford

JANEAN COLLINS,

        Defendant,
and

HENRY FORD HEALTH SYSTEM,

        Garnishee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Presently before the Court is the report issued on June 27, 2023 by Magistrate Judge Elizabeth A. Stafford under 28 U.S.C. § 636(b) recommending that the Court deny as moot the defendant's request for a garnishment hearing on the ground that she is no longer employed by the garnishee. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 12) is **ADOPTED**, and the defendant's objection to the writ of continuing garnishment is **DENIED** as moot.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   July 28, 2023